**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Richard Andert Robins v. Commission for Lawyer Discipline
                        d/b/a Texas Bar a/k/a State Bar of Texas

Appellate case number:    01-19-00011-CV

Trial court case number:    2018-46488

Trial court:    61st District Court of Harris County

The motion for rehearing is denied.

It is so ORDERED.

Judge's signature:    /s/  Evelyn V. Keyes
                        ☐ Acting individually    ☑ Acting for the Court

Panel consisting of Chief Justice Radack and Justices Keyes and Landau.

Date:  December 22, 2020